UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: §
§
§
STEP 3 VENTURES INC § Case No. 16-50640
§
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Mohamed Poonja, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 1,368,807.36 | Claims Discharged Without Payment: 0.00 |
| Total Expenses of Administration: 141,365.58 | |

3) Total gross receipts of $ 1,510,172.94 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 1,510,172.94 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 141,365.58 | 141,365.58 | 141,365.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 1,822.02 | 1,822.02 | 1,822.02 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,260,033.85 | 2,577,771.87 | 2,257,163.58 | 1,366,985.34 |
| **TOTAL DISBURSEMENTS** | $ 2,260,033.85 | $ 2,720,959.47 | $ 2,400,351.18 | $ 1,510,172.94 |

4) This case was originally filed under chapter 7 on 03/03/2016. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/09/2018     By: /s/Mohamed Poonja
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| First Republic Bank Checking Account 0355 | 1129-000 | 3,172.94 |
| Other Intangibles or Tangible Properties | 1129-000 | 121,000.00 |
| Shareholder Derivate Lawsuit | 1149-000 | 1,260,000.00 |
| Section 510 [c] Claims | 1229-000 | 126,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,510,172.94** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Mohamed Poonja | 2100-000 | NA | 68,555.19 | 68,555.19 | 68,555.19 |
| Mohamed Poonja | 2200-000 | NA | 252.19 | 252.19 | 252.19 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 526.59 | 526.59 | 526.59 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 572.45 | 572.45 | 572.45 |
| Union Bank | 2600-000 | NA | 2,171.95 | 2,171.95 | 2,171.95 |
| FRANCHISE TAX BOARD | 2990-000 | NA | 1,629.28 | 1,629.28 | 1,629.28 |
| Ling Xiao | 2990-000 | NA | 750.00 | 750.00 | 750.00 |
| DENTONS US LLP | 3210-000 | NA | 41,026.50 | 41,026.50 | 41,026.50 |
| Rincon Law LLP | 3210-000 | NA | 19,963.50 | 19,963.50 | 19,963.50 |
| DENTONS US LLP | 3220-000 | NA | 203.52 | 203.52 | 203.52 |
| Rincon Law LLP | 3220-000 | NA | 235.81 | 235.81 | 235.81 |
| Kokjer, Pierotti Maiocco & Duck LLP | 3410-000 | NA | 5,357.50 | 5,357.50 | 5,357.50 |
| Kokjer, Pierotti Maiocco & Duck LLP | 3420-000 | NA | 121.10 | 121.10 | 121.10 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 141,365.58 | $ 141,365.58 | $ 141,365.58 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 200.00 | 200.00 | 200.00 |
| 1 | FRANCHISE TAX BOARD | 5800-000 | NA | 1,622.02 | 1,622.02 | 1,622.02 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 1,822.02 | $ 1,822.02 | $ 1,822.02 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comerica Bank & Trust, N.A. Trustee for The Wang Family 2009 Trust c/o Alto Litigation, PC 4 Embarca | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comerica Bank & Trust, N.A., Trustee for The Wang Family 2009 Trust, c/o Alto Litigation, PC, 4 Emba | | 190,000.00 | NA | NA | 0.00 |
| | Esper Ventures, LLC 520 San Antonio Road Mountain View, CA 94040 | | 0.00 | NA | NA | 0.00 |
| | Esper Ventures, LLC 520 San Antonio Road Mountain View, CA 94040 | | 15,730.58 | NA | NA | 0.00 |
| | Gusto Payroll 500 Third Street #405 San Francisco, CA 94107 | | 0.00 | NA | NA | 0.00 |
| | Miclean Gleason LLP Atten: David Miclean, Esq. 411 Borel Ave. #310 San Mateo, CA 94402 | | 0.00 | NA | NA | 0.00 |
| | Pulse Software, Inc. 250 King Street, Apt 676 San Francisco, CA 94107-4000 | | 0.00 | NA | NA | 0.00 |
| 7 | Brad Serwin | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 5 | Dan Yue | 7100-000 | 996,236.27 | 1,001,554.63 | 1,001,554.63 | 606,562.37 |
| 4 | Fenwick & West Llp | 7100-000 | 62,567.00 | 62,431.89 | 62,431.89 | 37,810.05 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Ling Xiao | 7100-000 | 995,500.00 | 1,001,554.63 | 1,001,554.63 | 606,562.37 |
| 8 | Ling Xiao and Dan Yue | 7100-000 | NA | 509,099.12 | 191,622.43 | 116,050.55 |
|  | Miclean Gleason Llp | 7100-000 | NA | 3,131.60 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 2,260,033.85 | $ 2,577,771.87 | $ 2,257,163.58 | $ 1,366,985.34 |

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 16-50640 SLJ | Judge: | Stephen L. Johnson | Trustee Name: | Mohamed Poonja |
|---|---|---|---|---|---|
| Case Name: | STEP 3 VENTURES INC | | | Date Filed (f) or Converted (c): | 03/03/2016 (f) |
| | | | | 341(a) Meeting Date: | 04/12/2016 |
| For Period Ending: | 10/09/2018 | | | Claims Bar Date: | 08/08/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. First Republic Bank Checking Account 0355 | 3,173.00 | 3,172.94 | | 3,172.94 | FA |
| 2. Other Intangibles or Tangible Properties | Unknown | 121,000.00 | | 121,000.00 | FA |
| 3. Shareholder Derivate Lawsuit | Unknown | 1,260,000.00 | | 1,260,000.00 | FA |
| 4. Section 510 [c] Claims (u) | 0.00 | 126,000.00 | | 126,000.00 | FA |
| 5. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 6. Foxie Corp Delaware Corporation (u) | 0.00 | 0.00 | | 0.00 | FA |
| 7. Internet Domain Names and Websites | Unknown | 0.00 | | 0.00 | FA |
| 8. Other Contingent and unliquidated Claims or causes of action | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $3,173.00 | $1,510,172.94 | | $1,510,172.94 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 03/08/2016 Docket # 8 |

(23 pgs) DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS, Summary of Assets and Liabilities for Non-Individual , Statistical Summary of Certain Liabilities., Schedule A/B, SCHEDULE D, SCHEDULE E/F, SCHEDULE G, SCHEDULE H. , Statement of Financial Affairs for Non-Individual , Disclosure of Compensation of Attorney for Debtor , Creditor Matrix COVER SHEET Filed by Debtor Step 3 Ventures, Inc. (Malter, Michael) ERROR: (1) INCORRECT DOCKET EVENT SELECTED, (2) ADDITIONAL DOCKET EVENT SHOULD HAVE BEEN SELECTED; CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO MATCH PDF. Modified on 3/9/2016 (dmf). (Entered: 03/08/2016)

Exhibit 8

03/15/2016   Docket # 9
(8 pgs; 2 docs) Amended Schedule A/B,. , Amended Declaration Concerning Debtor's Schedules Filed by Debtor Step 3 Ventures, Inc. (Attachments: # 1 Certificate of Service) (Malter, Michael) (Entered: 03/15/2016)

06/15/2016   Docket # 41
(8 pgs; 2 docs) Amended Schedule A/B,. Amended Declaration of Debtor Concerning Schedules Filed by Debtor Step 3 Ventures, Inc. (Attachments: # 1 Certificate of Service) (Rome-Banks, Julie) (Entered: 06/15/2016)

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | # 64 Per Debtor: Intellectual Property created in ordinary course of business. None formally registered |

Exhibit 8

Purchased by Mr. Xiao and Mr. Yue

03/08/2016  Docket # 8

(23 pgs) DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS, Summary of Assets and Liabilities for Non-Individual , Statistical Summary of Certain Liabilities., Schedule A/B, SCHEDULE D, SCHEDULE E/F, SCHEDULE G, SCHEDULE H. , Statement of Financial Affairs for Non-Individual , Disclosure of Compensation of Attorney for Debtor , Creditor Matrix COVER SHEET Filed by Debtor Step 3 Ventures, Inc. (Malter, Michael) ERROR: (1) INCORRECT DOCKET EVENT SELECTED, (2) ADDITIONAL DOCKET EVENT SHOULD HAVE BEEN SELECTED; CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO MATCH PDF. Modified on 3/9/2016 (dmf). (Entered: 03/08/2016)

03/15/2016  Docket # 9
(8 pgs; 2 docs) Amended Schedule A/B,. , Amended Declaration Concerning Debtor's Schedules Filed by Debtor Step 3 Ventures, Inc. (Attachments: # 1 Certificate of Service) (Malter, Michael) (Entered: 03/15/2016)

06/15/2016  Docket # 41
(8 pgs; 2 docs) Amended Schedule A/B,. Amended Declaration of Debtor Concerning Schedules Filed by Debtor Step 3 Ventures, Inc. (Attachments: # 1 Certificate of Service) (Rome-Banks, Julie) (Entered: 06/15/2016)

09/21/2016    Hearing Held (related document(s): 50 Motion for (I) Order Authorizing Trustee to Enter Into Agreement re Purchase of Litigation and Certain Assets and Acquire Rights to Equitably Subordinate Certain Claims; and (II) Sale by Overbid Auction filed by Mohamed Poonja, 55 Objection filed by Ling Xiao, Dan Yue) (Appearances: Gregg Kleiner for trustee, Mohamed Ponnja, Bennet Young and Bahram Seyed-Noor for Comerica as trustee for Wang Family Trust, Chris Wang listening mode only; Patrick Costello and Patrick Premo for Ling Xiao and Dan Yue) Lot 1 (the assets tangible and intangible) purchased by Mr. Xiao and Yue for $121,000.00; Lot 2 (the litigation) purchased by Mr. Xiao and Yue for $1,260,000.00 and Lot 3 (510(c) claims) purchased by Comerica for $126,000.00; the trustee is holding a deposit of $120,000.00 and once an order is entered Comerica will tender the balance of $6,000.00. Comerica does not wish to be back up bidders for lots 1 and 2; Mr. Xiao and Yue agree to be the back up bidders on lot 3 for $125,000.00.Mr. Xiao and Yue withdraw their objection to the sale. The court made a 363(m) finding and without objection, the court makes a finding that the proposed sales of causes of action satisfies the A&C Properties. Approved, counsel to upload two orders signed off by respective parties.(tb ) (Entered: 09/22/2016)

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 3 | -- | Per Debtor's Schedules: Shareholder derivative lawsuit filed on behalf of the Debtor, styled as Comerica Bank & Trust, NA, Trustee for The Wang Family 2009 Trust v. Dan Yue, Ling Xiao, Esper Ventures, LLC, Pulse Software, Inc., Step 3 Ventures, Inc. et al., Santa Clara County Superior Court, Case No. 1:15-CV-285202.<br><br>Purchased by Mr. Mr. Xiao and Mr. Yue for $1,260,000 at the auction conducted by Trustee in the court room<br><br>03/08/2016  Docket # 8<br><br>(23 pgs) DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS, Summary of Assets and Liabilities for Non-Individual , Statistical Summary of Certain Liabilities., Schedule A/B, SCHEDULE D, SCHEDULE E/F, SCHEDULE G, SCHEDULE H. , Statement of Financial Affairs for Non-Individual , Disclosure of Compensation of Attorney for Debtor , Creditor Matrix COVER SHEET Filed by Debtor Step 3 Ventures, Inc. (Malter, Michael) ERROR: (1) INCORRECT DOCKET EVENT SELECTED, (2) ADDITIONAL DOCKET EVENT SHOULD HAVE BEEN SELECTED; CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO MATCH PDF. Modified on 3/9/2016 (dmf). (Entered: 03/08/2016)<br><br>03/15/2016  Docket # 9<br>(8 pgs; 2 docs) Amended Schedule A/B,. , Amended Declaration Concerning Debtor's Schedules Filed by Debtor Step 3 Ventures, Inc. (Attachments: # 1 Certificate of Service) (Malter, Michael) (Entered: 03/15/2016)<br><br>06/15/2016  Docket # 41<br>(8 pgs; 2 docs) Amended Schedule A/B,. Amended Declaration of Debtor Concerning Schedules Filed by Debtor Step 3 Ventures, Inc. (Attachments: # 1 Certificate of Service) (Rome-Banks, Julie) (Entered: 06/15/2016)<br><br>09/21/2016    Hearing Held (related document(s): 50 Motion for (I) Order Authorizing Trustee to Enter Into Agreement re Purchase of Litigation and Certain Assets and Acquire Rights to Equitably Subordinate Certain Claims; and (II) Sale by Overbid Auction filed by Mohamed Poonja, 55 Objection filed by Ling Xiao, Dan Yue) (Appearances: Gregg Kleiner for trustee, Mohamed Ponnja, Bennet Young and Bahram Seyed-Noor for Comerica as trustee for Wang Family Trust, Chris Wang listening mode only; Patrick Costello and Patrick Premo for Ling Xiao and Dan Yue) Lot 1 (the assets tangible and intangible) purchased by Mr. Xiao and Yue for $121,000.00; Lot 2 (the litigation) purchased by Mr. Xiao and Yue for $1,260,000.00 and Lot 3 (510(c) claims) purchased by Comerica for $126,000.00; the trustee is holding a deposit of $120,000.00 and once an order is entered Comerica will tender the balance of $6,000.00. Comerica does not wish to be back up bidders for lots 1 and 2; Mr. Xiao and Yue agree to be the back up bidders on lot 3 for $125,000.00.Mr. Xiao and Yue withdraw their objection to the sale. The court made a 363(m) finding and without objection, the court makes a finding that the proposed sales of causes of action satisfies the A&C Properties. Approved, counsel to upload two orders signed off by respective parties.(tb ) (Entered: 09/22/2016)<br><br>10/28/2016  Docket # 77<br>(2 pgs) Trustee's Report of Sale Report on sale of Personal Property to Ling Xiao and Daniel Yue: Litigation; Certain Assets and Acquisition of Rights to Certain Equitable Subordination Claims [ the Property] [FRBP 6004 f]. FILED BY CHAPTER 7 TRUSTEE MOHAMED POONJA. (Poonja, Mohamed) CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO ADD TRUSTEE AS PARTY FILER. Modified on 10/31/2016 (no). (Entered: 10/28/2016) |

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 4 | -- | Purchased by Comerica for $126,000 at the Court auction conducted by trustee |

03/15/2016  Docket # 9
(8 pgs; 2 docs) Amended Schedule A/B,. , Amended Declaration Concerning Debtor's Schedules Filed by Debtor Step 3 Ventures, Inc. (Attachments: # 1 Certificate of Service) (Malter, Michael) (Entered: 03/15/2016)

10/28/2016  Docket # 76
(2 pgs) Trustee's Report of Sale Report on sale of Personal Property: all rights, claims and causes of action arising under 11 U.S.C § 510 [c] to the Comerica Bank & Trust N.A. as trustee for Wang Family Trust [ the Property] [FRBP 6004 f]. FILED BY CHAPTER 7 TRUSTEE MOHAMED POONJA. (Poonja, Mohamed) CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO ADD TRUSTEE AS PARTY FILER. Modified on 10/31/2016 (no). (Entered: 10/28/2016)

| | | | |
|---|---|---|---|
| RE PROP # | 6 | -- | Per Debtor : |

Debtor owns 100% interest in Foxie Corp., a Delaware corporation, Federal Tax ID No. 46-4934473. This subsidiary was incorporated in 2013 to distribute applications on the Apple App Store, however it never conducted business and held no assets. This corporation is not in good standing and has no value.

03/08/2016  Docket # 8

(23 pgs) DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS, Summary of Assets and Liabilities for Non-Individual , Statistical Summary of Certain Liabilities., Schedule A/B, SCHEDULE D, SCHEDULE E/F, SCHEDULE G, SCHEDULE H. , Statement of Financial Affairs for Non-Individual , Disclosure of Compensation of Attorney for Debtor , Creditor Matrix COVER SHEET Filed by Debtor Step 3 Ventures, Inc. (Malter, Michael) ERROR: (1) INCORRECT DOCKET EVENT SELECTED, (2) ADDITIONAL DOCKET EVENT SHOULD HAVE BEEN SELECTED; CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO MATCH PDF. Modified on 3/9/2016 (dmf). (Entered: 03/08/2016)

03/15/2016  Docket # 9
(8 pgs; 2 docs) Amended Schedule A/B,. , Amended Declaration Concerning Debtor's Schedules Filed by Debtor Step 3 Ventures, Inc. (Attachments: # 1 Certificate of Service) (Malter, Michael) (Entered: 03/15/2016)

06/15/2016  Docket # 41
(8 pgs; 2 docs) Amended Schedule A/B,. Amended Declaration of Debtor Concerning Schedules Filed by Debtor Step 3 Ventures, Inc. (Attachments: # 1 Certificate of Service) (Rome-Banks, Julie) (Entered: 06/15/2016)

| | | | |
|---|---|---|---|
| RE PROP # | 7 | -- | Per Debtor's Schedules: Step3 ventures.com is an internet domain name currently registered to shareholder Mr.Ling Xiao for the benefit of the Debtor. |

Exhibit 8

03/08/2016  Docket # 8

(23 pgs) DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS, Summary of Assets and Liabilities for Non-Individual , Statistical Summary of Certain Liabilities., Schedule A/B, SCHEDULE D, SCHEDULE E/F, SCHEDULE G, SCHEDULE H. , Statement of Financial Affairs for Non-Individual , Disclosure of Compensation of Attorney for Debtor , Creditor Matrix COVER SHEET Filed by Debtor Step 3 Ventures, Inc. (Malter, Michael) ERROR: (1) INCORRECT DOCKET EVENT SELECTED, (2) ADDITIONAL DOCKET EVENT SHOULD HAVE BEEN SELECTED; CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO MATCH PDF. Modified on 3/9/2016 (dmf). (Entered: 03/08/2016)

03/15/2016  Docket # 9
(8 pgs; 2 docs) Amended Schedule A/B,. , Amended Declaration Concerning Debtor's Schedules Filed by Debtor Step 3 Ventures, Inc. (Attachments: # 1 Certificate of Service) (Malter, Michael) (Entered: 03/15/2016)

| | | | |
|---|---|---|---|
| RE PROP # | 8 | -- | #75  Per Debtor's schedules: Debtor suffered from computer hacking activity multiple occassions in 2015 and reported such claims to the Federal Bureau of Investigation. This activity may form the basis for claims under the Computer Fraud and Abuse Act, Stored Communication Act, Wiretap Act and Electronic Communications Privact Act, California Penal Code section 502 claims and other similar claims. The hacker(s) have yet to be identified. |

03/08/2016  Docket # 8

(23 pgs) DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS, Summary of Assets and Liabilities for Non-Individual , Statistical Summary of Certain Liabilities., Schedule A/B, SCHEDULE D, SCHEDULE E/F, SCHEDULE G, SCHEDULE H. , Statement of Financial Affairs for Non-Individual , Disclosure of Compensation of Attorney for Debtor , Creditor Matrix COVER SHEET Filed by Debtor Step 3 Ventures, Inc. (Malter, Michael) ERROR: (1) INCORRECT DOCKET EVENT SELECTED, (2) ADDITIONAL DOCKET EVENT SHOULD HAVE BEEN SELECTED; CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO MATCH PDF. Modified on 3/9/2016 (dmf). (Entered: 03/08/2016)

03/15/2016  Docket # 9
(8 pgs; 2 docs) Amended Schedule A/B,. , Amended Declaration Concerning Debtor's Schedules Filed by Debtor Step 3 Ventures, Inc. (Attachments: # 1 Certificate of Service) (Malter, Michael) (Entered: 03/15/2016)

Initial Projected Date of Final Report (TFR): 12/31/2017     Current Projected Date of Final Report (TFR): 05/21/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-50640 | Trustee Name: Mohamed Poonja |
| Case Name: STEP 3 VENTURES INC | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0508 |
| | Checking |
| Taxpayer ID No: XX-XXX3007 | Blanket Bond (per case limit): $80,123,810.00 |
| For Period Ending: 10/09/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/20/16 | 1 | First Republic Bank<br>2275 El Camino Real<br>Palo Alto CA 94306 | Closed Bank Account<br>First Republic Bank | 1129-000 | $3,172.94 | | $3,172.94 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,157.94 |
| 07/28/16 | 4 | Comerica Bank Trustee for Wang Family | Deposit for Purchase of Personal Property [510 C ] | 1229-000 | $10,000.00 | | $13,157.94 |
| 07/28/16 | 4 | COMERICA BANK Trustee for Wang Family | Funds for Deposit Sale of Section 510[c] Claims | 1229-000 | $10,000.00 | | $23,157.94 |
| 07/28/16 | 4 | Comerica Bank Trustee for Wang Trust | Deposit 510 [C] Claim | 1229-000 | $100,000.00 | | $123,157.94 |
| 09/12/16 | | Ling Xiao & Dan Yue<br>C/O Patrick M. Costello<br>VECTIS LAW GROUP<br>1900 S. Norfolk Street, Suite 350,<br>San Mateo, CA 94403 | Deposit Purchase of Derivate Lawsuit | | $120,000.00 | | $243,157.94 |
| | | | Gross Receipts         $120,000.00 | | | | |
| | 2 | | Other Intangibles or Tangible Properties        $20,000.00 | 1129-000 | | | |
| | 3 | | Shareholder Derivate Lawsuit        $100,000.00 | 1149-000 | | | |
| 09/29/16 | | Ling Xiao & Daniel Yue<br>C/SAle ofO Patrick Costello<br>Vectis Law Group<br>1900 S. Norfolk Street, Ste 350<br>San Mateo, CA 94403 | Sale of Derivate Lawsuit & Tangible/Intangible Assets | | $1,261,000.00 | | $1,504,157.94 |
| | | | Gross Receipts         $1,261,000.00 | | | | |
| | 2 | | Other Intangibles or Tangible Properties        $101,000.00 | 1129-000 | | | |
| | 3 | | Shareholder Derivate Lawsuit        $1,160,000.00 | 1149-000 | | | |

Page Subtotals   $1,504,172.94   $15.00

UST Form 101-7-TDR (10/1/2010) (Page: 14)

Case: 16-50640   Doc# 151   Filed: 10/10/18   Entered: 10/10/18 10:37:19   Page 14 of 18

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-50640
Case Name: STEP 3 VENTURES INC
Taxpayer ID No: XX-XXX3007
For Period Ending: 10/09/2018

Trustee Name: Mohamed Poonja
Bank Name: Union Bank
Account Number/CD#: XXXXXX0508
Checking
Blanket Bond (per case limit): $80,123,810.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/30/16 | 4 | Ling Xiao and Jing Feng<br>C/O Patrick Costello<br>Vectis Law Group<br>1900 S. Norfolk Street, Ste 350<br>San Mateo, CA 94403 | Deposit for 510 {c} Claim | 1229-000 | $10,000.00 | | $1,514,157.94 |
| 10/18/16 | 4 | Comerica Bank | Sale of Section 510 [c] Claims | 1229-000 | $6,000.00 | | $1,520,157.94 |
| 10/26/16 | 1001 (4) | Ling Xiao and Jing Feng<br>C/O Patrick Costello<br>Vectis Law Group<br>1900 S. Norfolk Street, Ste 350<br>San Mateo, CA 94403 | Refund of deposit for Back up Offer | 1229-000 | ($10,000.00) | | $1,510,157.94 |
| 12/05/16 | 1002 | DENTONS US LLP<br>Attention: Michael A. Isaacs<br>One Market Plaza<br>Spear Tower, 24th Floor<br>San Francisco, CA 94105 | Final Fees | 3210-000 | | $41,026.50 | $1,469,131.44 |
| 12/05/16 | 1003 | DENTONS US LLP<br>Attention: Michael A. Isaacs<br>One Market Plaza<br>Spear Tower, 24th Floor<br>San Francisco, CA 94105 | Final Expenses | 3220-000 | | $203.52 | $1,468,927.92 |
| 01/09/17 | 1004 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | 2017 Bond Payments | 2300-000 | | $572.45 | $1,468,355.47 |
| 05/10/17 | 1005 | RINCON LAW LLP<br>268 BUSH STREET, SUITE 3335<br>SAN FRANCISCO CA 94104 | 1 st Interim Fees Court Order 5/4/2017 | 3210-000 | | $16,956.00 | $1,451,399.47 |
| 05/10/17 | 1006 | RINCON LAW LLP<br>268 BUSH STREET, SUITE 3335<br>SAN FRANCISCO CA 94104 | 1st Interim Compensation Order 5/4/2017 | 3220-000 | | $176.17 | $1,451,223.30 |
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2,156.95 | $1,449,066.35 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-50640
Case Name: STEP 3 VENTURES INC
Taxpayer ID No: XX-XXX3007
For Period Ending: 10/09/2018

Trustee Name: Mohamed Poonja
Bank Name: Union Bank
Account Number/CD#: XXXXXX0508
Checking
Blanket Bond (per case limit): $80,123,810.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/09/18 | 1007 | INTERNATIONAL SURETIES, LTD<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond Premium | 2300-000 | | $526.59 | $1,448,539.76 |
| 08/24/18 | 1008 | Mohamed Poonja<br>Citibank NA<br>P.O. Box 78005<br>Phoenix AZ 85062-8005 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $68,555.19 | $1,379,984.57 |
| 08/24/18 | 1009 | Mohamed Poonja<br>Citibank NA<br>P.O. Box 78005<br>Phoenix AZ 85062-8005 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $252.19 | $1,379,732.38 |
| 08/24/18 | 1010 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A 340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | Final distribution to claim 9 representing a payment of 100.00 % per court order. | 2990-000 | | $1,629.28 | $1,378,103.10 |
| 08/24/18 | 1011 | Ling Xiao<br>C/O Vectis Law Group<br>Attn: Patrick Costello<br>1900 S. Norfolk Street, Suite 350<br>San Meteo CA 94403 | Storage Fees Amazon Cloud Court Order 9/26/2016 | 2990-000 | | $750.00 | $1,377,353.10 |
| 08/24/18 | 1012 | Rincon Law LLP<br>Attention: Gregg Kleiner<br>268 Bush Street, Suite 3335<br>San Francisco, California 94104 | Final distribution representing a payment of 15.06 % per court order. | 3210-000 | | $3,007.50 | $1,374,345.60 |
| 08/24/18 | 1013 | Rincon Law LLP<br>Attention: Gregg Kleiner<br>200 California Street, Suite 400<br>San Francisco, California 94111 | Final distribution representing a payment of 25.29 % per court order. | 3220-000 | | $59.64 | $1,374,285.96 |
| 08/24/18 | 1014 | Kokjer, Pierotti Maiocco & Duck LLP<br>333 Pine Street,<br>5th Floor<br>San Francisco, California 94104 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $5,357.50 | $1,368,928.46 |
| 08/24/18 | 1015 | Kokjer, Pierotti Maiocco & Duck LLP<br>333 Pine Street,<br>5th Floor<br>San Francisco, California 94104 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $121.10 | $1,368,807.36 |

Page Subtotals: $0.00 $80,258.99

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-50640  
Case Name: STEP 3 VENTURES INC  
Taxpayer ID No: XX-XXX3007  
For Period Ending: 10/09/2018  

Trustee Name: Mohamed Poonja  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX0508  
Checking  
Blanket Bond (per case limit): $80,123,810.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/24/18 | 1016 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 5800-000 | | $1,622.02 | $1,367,185.34 |
| 08/24/18 | 1017 | DEPARTMENT OF THE TREASURY Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 5800-000 | | $200.00 | $1,366,985.34 |
| 08/24/18 | 1018 | Fenwick & West Llp Patrick Premo, Esq. Silicon Valley Center 801 California St. Mountain View, Ca 94041 | Final distribution to claim 4 representing a payment of 60.56 % per court order. | 7100-000 | | $37,810.05 | $1,329,175.29 |
| 08/24/18 | 1019 | Dan Yue C/O Vectis Law Group Attn: Patrick Costello 1900 S. Norfolk Street, Suite 350 San Meteo CA 94403 | Final distribution to claim 5 representing a payment of 60.56 % per court order. | 7100-000 | | $606,562.37 | $722,612.92 |
| 08/24/18 | 1020 | Ling Xiao C/O Vectis Law Group Attn: Patrick Costello 1900 S. Norfolk Street, Suite 350 San Meteo CA 94403 | Final distribution to claim 6 representing a payment of 60.56 % per court order. | 7100-000 | | $606,562.37 | $116,050.55 |
| 08/24/18 | 1021 | Ling Xiao and Dan Yue Ling Xiao and Dan Yue c/o Patrick M. Costello Vectis Law Group 1900 S. Norfolk St., Ste 350 San Mateo, CA 94403 | Final distribution to claim 8 representing a payment of 60.56 % per court order. | 7100-000 | | $116,050.55 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $1,510,172.94 | $1,510,172.94 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,510,172.94 | $1,510,172.94 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,510,172.94 | $1,510,172.94 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0508 - Checking | $1,510,172.94 | $1,510,172.94 | $0.00 |
| | $1,510,172.94 | $1,510,172.94 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,510,172.94 |
| Total Gross Receipts: | $1,510,172.94 |